IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ROY B. FLOWERS                                                                                    PLAINTIFF
#47623

V.                              Case No. 3:25-CV-00139-JM-BBM

KAYCEE HALL, Lieutenant, Jail
Administrator, Craighead County Detention
Center; TODD HARRELL, Captain, Jail
Administrator, Craighead County Detention
Center; and HALL, Sergeant, Maintenance
Supervisor, Craighead County Detention
Center                                                                                          DEFENDANTS

## ORDER

On August 14, 2025, mail sent to Plaintiff at his address of record was returned as undeliverable. (Doc. 4). Under Local Rule 5.5(c)(2), Plaintiff has a duty to: (1) promptly notify the Clerk of any changes in his address; (2) monitor the progress of his case; and (3) prosecute his case diligently. Yet, Plaintiff has not provided the Clerk with an updated address.

IT IS THEREFORE ORDERED THAT:

1. If Plaintiff wishes to continue pursuing this lawsuit, he must file a notice of his current mailing address **within thirty (30) days of the date of this Order**.

2. If Plaintiff does not timely and properly comply with this Order, this case may be dismissed, without prejudice, pursuant to Local Rule 5.5(c)(2).

SO ORDERED this 15th day of August, 2025.

*Benecia Moore*
_____
UNITED STATES MAGISTRATE JUDGE