IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**ROY B. FLOWERS**                                                                     **PLAINTIFF**
**#47623**

v.                      Case No. 3:25-CV-00139-JM

**KAYCEE HALL**, *et al*.                                          **DEFENDANTS**

## **ORDER**

Flowers has not complied with the July 28, 2025 Order directing him to pay the filing and administrative fees for this case or file a complete motion to proceed *in forma pauperis*. *Doc. 3*. He also has not complied with the August 15, 2025 Order directing him to provide the Clerk with an updated mailing address. *Doc. 5*. The time to do so has expired.

Therefore, this case is dismissed without prejudice due to a lack of prosecution. Fed. R. Civ. P. 41(b); Local Rule 5.5(c)(2). It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

IT IS SO ORDERED this 18th day of September, 2025.

                                                             _____
                                                             UNITED STATES DISTRICT JUDGE